UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE CASERTA,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>DOLLAR TREE STORES, INC., and DOES 1 TO 100<br><br>　　　　Defendant(s). | Case No.: 2:18-cv-00212-MCE-AC<br><br>(Sacramento County Superior Court Case No. 34-2017-00212253)<br><br>**ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Stipulation between plaintiff Yvette Caserta and Defendant Dollar Tree Stores, Inc., this action is dismissed with prejudice, in its entirety, with each party to bear its own costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 20, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE